# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Yvonne Rico
                                 Plaintiff,

v.                                                 Case No.: 1:22−cv−00631
                                                          Honorable Edmond E. Chang

Midland Credit Management, Inc.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 24, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: The joint motion [31] for relief is granted: the prior acceptance of the offer of judgment and the prior judgment against the Defendant are vacated. Pursuant to the settlement, the case is dismissed with prejudice, each side to bear its own fees and costs. Status hearing of 07/28/2023 is vacated. Civil case remains terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.